UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LEI LANI CARDER-COWIN,              )
                                    )
                    Plaintiff,      )   No. C07-104RSL
        v.                          )
                                    )   ORDER TO SHOW CAUSE
UNUM LIFE INSURANCE COMPANY OF      )
AMERICA,                            )
                                    )
                    Defendant.      )
_____)

This matter comes before the Court *sua sponte*. On January 7, 2008, plaintiff filed a response with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. ##14-16). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause within five days of this Order why she should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. #3) and the "Minute Order Setting Trial & Related Dates" (Dkt. #8). Plaintiff shall immediately deliver a paper copy of the documents filed on January 7, 2008, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Tuesday, January 22, 2008.

ORDER TO SHOW CAUSE

1   DATED this 14th day of January, 2008.

2

3

4   /s/ Robert S. Lasnik
    Robert S. Lasnik
5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE                -2-