UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEI LANI CARDER-COWIN,

          Plaintiff,

    v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

          Defendant.

No. C07-104RSL

ORDER VACATING
ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 14, 2008, the Court ordered plaintiff to deliver a courtesy copy of documents she filed on January 7, 2008. Plaintiff has now done so. The Order to Show Cause (Dkt. #23) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

DATED this 16th day of January, 2008.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE